UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14416-CIV-MARRA

ROSA G. CALA, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

MEDICAL & FINANCIAL MANAGEMENT, INC.,
a Florida Corporation, and MARTIN MEMORIAL
HEALTH SYSTEMS, INC.

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This Cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, which was filed on August 7, 2017 (DE 44). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, this 10th day of August, 2017.

_____
KENNETH A. MARRA
United States District Judge